# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE WILKINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>　　　　Defendants. | Case No. 8:21-cv-00625-DOC-JDE<br><br>Magistrate Judge: Hon. John D. Early<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

　　　　Based on the parties' Stipulated Protective Order (Dkt. 38), and for good cause shown, IT IS ORDERED that the Stipulated Protective Order (Dkt. 38) is approved and shall be the Order of the Court.

DATED: August 04, 2022

_____
JOHN D. EARLY
United States Magistrate Judge